## 24843. EDWARDS v. THE STATE.

ALMAND, Presiding Justice. The appellant in this case was convicted of robbery by intimidation, which under *Code Ann.*

§ 26-2503 (Ga. L. 1957, pp. 261, 263) is not a capital felony, and there is no other question raised in the case over which this court has exclusive jurisdiction under Art. VI, Sec. II, Par. IV of the Georgia Constitution (*Code Ann.* § 2-3704). This court has no jurisdiction to review this case. *Ward v. State*, 199 Ga. 722 (35 SE2d 150); *Meriwether v. State*, 189 Ga. 746 (8 SE2d 72).

It is therefore,

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED SEPTEMBER 12, 1968—DECIDED SEPTEMBER 24, 1968.

*John R. Calhoun*, for appellant.

*Andrew J. Ryan, Jr., Solicitor General, Robert E. Barker, Arthur K. Bolton, Attorney General, Marion O. Gordon, Assistant Attorney General, William R. Childers, Deputy Assistant Attorney General*, for appellee.